JEANNE SOPER v. HENDERSON CONSTRUCTION CO.

July 12, 1977. Petition for certification denied.

GEORGE ROTHMAN v. BOROUGH OF RIVER EDGE.

July 12, 1977. Petition for certification denied. (See 149 *N. J. Super.* 435)

JAMES TALCOTT, INC. v. H. CORENZWIT & CO.

July 12, 1977. Petition for certification granted.

CITY OF CLIFTON v. JOHN F. LAEZZA.

July 12, 1977. Petition for certification denied. (See 149 *N. J. Super.* 97)

STATE OF NEW JERSEY v. JOHN BALDASSARI.

July 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. BOBBY JONES.

July 12, 1977. Petition for certification granted.